APPEAL,CLOSED,JURY,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:24−cv−03640−LLA
### *Internal Use Only*

| | |
|---|---|
| OTIS v. U−HAUL CORPORATION et al | Date Filed: 12/13/2024 |
| Assigned to: Judge Loren L. AliKhan | Date Terminated: 04/15/2025 |
| Cause: 28:1331 Fed. Question: Breach of Contract | Jury Demand: Plaintiff |
| | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**RICHARD OTIS**  represented by  **RICHARD OTIS**
112 Maxwell Rd.
Chapel Hill, NC 27517
948−888−4474
PRO SE

V.

**Defendant**

**U−HAUL CORPORATION**

**Defendant**

**U−HAUL HOLDING COMPANY**

**Defendant**

**JOE SHOEN**
*CEO / President, individually*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2024 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number 208834) with Jury Demand filed by RICHARD OTIS. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(mg) (Entered: 01/03/2025) |
| 12/13/2024 | | SUMMONS Not Issued as to All Defendants (mg) (Entered: 01/03/2025) |
| 01/08/2025 | 2 | ORDER directing Plaintiff to show proof of service on Defendants or establish good cause for failure to do so on or before March 13, 2025. See Order for details. Signed by Judge Loren L. AliKhan on 01/08/2025. (lclla2) (Entered: 01/08/2025) |
| 01/08/2025 | | Set/Reset Deadlines: Time to effectuate service upon party due by 3/13/2025. (mhp) (Entered: 01/08/2025) |
| 03/03/2025 | 3 | REQUEST FOR SUMMONS TO ISSUE filed by RICHARD OTIS.(mg) (Entered: 03/10/2025) |

| | | |
|---|---|---|
| 03/10/2025 | | Summons (3) Issued as to JOE SHOEN, U–HAUL CORPORATION, U–HAUL HOLDING COMPANY. Sent to Plaintiff by mail. (mg) (Entered: 03/10/2025) |
| 03/10/2025 | 4 | AMENDED COMPLAINT against All Defendants with Jury Demand filed by RICHARD OTIS. (Attachments: # 1 Civil Cover Sheet). "LEAVE TO FILE GRANTED. DOCUMENT SHALL BE FILED AS AMENDED COMPLAINT." Signed by Judge Loren L. AliKhan on 3/10/2025.(mg) (Entered: 03/11/2025) |
| 04/15/2025 | 5 | ORDER DISMISSING PRO SE CASE WITHOUT PREJUDICE. See order for details. Signed by Judge Loren L. AliKhan on 04/15/2025. (lclla2) (Entered: 04/15/2025) |
| 05/09/2025 | 6 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 5 Order by RICHARD OTIS. Fee Status: No Fee Paid. Parties have been notified. (mg) (Entered: 05/15/2025) |

**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Columbia

File Number 24-3640(LLA)

Richard Otis
*Plaintiff,*

v.

U-Haul Corporation, et al
*Defendant.*

Notice of Appeal

24-cv-03640-LLA

RECEIVED
Mail Room
MAY -9 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Notice is hereby given that Richard Otis (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _____ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 15 day of April, 2025.

/s/ Richard Otis

~~Attorney for~~
Address: 112 Maxwell Rd.
Chapel Hill, NC 27517

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD OTIS, <br><br> *Plaintiff*, <br><br> v. <br><br> U-HAUL CORPORATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 24 - 3640 (LLA) |

## ORDER

Plaintiff Richard Otis, proceeding pro se, brought this civil action against U-Haul Corporation, U-Haul Holding Company, and Joe Schoen. ECF No. 1. On January 8, 2025, the court issued an order directing Mr. Otis to "submit summonses to the court for the Deputy Clerk's signature, cause process to be served upon Defendants . . . , and file proof of service with the court or establish good cause for failure to do so" on or before March 13, 2025. ECF No. 2, at 2. The order further warned that, pursuant to Local Civil Rule 5.1(c)(1), "[f]ailure to do so may result in the dismissal of the case." *Id.* While Mr. Otis provided summonses to the court, ECF No. 3, he has not filed proof of service. *See generally* Docket. Accordingly, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

5

_____

LOREN L. ALIKHAN
United States District Judge

Date:   April 15, 2025

2